SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    E-mail: keith.staub@usdoj.gov

Attorneys for Defendant SALLY JEWEL, Secretary of the Interior

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KRAMER,<br><br>    Plaintiff,<br><br>v.<br><br>SALLY JEWEL, Secretary of the Interior,<br><br>    Defendant. | No. CV 15-9376-GW(KSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable George H. Wu |

1

The parties having filed a separate Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. The Stipulation of the parties hereto are accepted by the Court;
2. Plaintiff's action is dismissed with prejudice in its entirety; and
3. Each party shall bear their own costs of suit, fees and expenses.

DATED: May 10, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Keith M. Staub*
_____
KEITH M. STAUB
Assistant United States Attorney

Attorneys for Defendant